RICHARD B. HOPKINS II (SBN 190108)
rhopkins@hinshawlaw.com
MARK K. SURI (Pro Hac Vice application pending)
msuri@hinshawlaw.com
KOURTNEY A. MULCAHY (Pro Hac Vice application pending)
kmulcahy@hinshawlaw.com
Hinshaw & Culbertson LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Plaintiff
INTERNATIONAL GRILL, INC., d/b/a MASSIS KABOB

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL GRILL, INC., d/b/a MASSIS KABOB,<br><br>              Plaintiff,<br><br>    vs.<br><br>MASSIF MEDITERRANEAN GRILL, INC.,<br><br>              Defendants. | Case No. 2:18-cv-03846 JFW MRWx<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [FRCP 41(A)(1)]**<br><br>[Filed concurrently with Stipulation for Dismissal of Entire Action With Prejudice {FRCP 41(A)(1)}]<br><br>Complaint Filed:  May 8, 2018 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE [FRCP 41(A)(1)]
Case No. 2:18-cv-03846
302109711v1 1006896

This Court has considered Plaintiff International Grill, Inc. d/b/a Massis Kabob and Defendant Massif Mediterranean Grill Inc.'s (the "Parties") Stipulation for Dismissal of Entire Action with Prejudice [FRCP 41(A)(1)].

Good cause appearing, this Court grants the Parties' Ex Parte Stipulation and Orders as follows:

1. The entire action is dismissed with prejudice;

2. Each side to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: June 29, 2018

By: _____
Hon. John F. Walter
United States District Court Judge

Submitted by:
HINSHAW & CULBERTSON LLP

By: */s/ Richard B. Hopkins*
RICHARD B. HOPKINS
MARK K. SURI
KOURTNEY A. MULCAHY
Attorneys for Plaintiff International
Grill, Inc. d/b/a Massis Kabob

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800